DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
AURELIO SOLORIO-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   Cr.S. 10-330-EJG
            Plaintiff,           )
                                 )   **STIPULATION AND ORDER**
      v.                         )
                                 )   DATE: November 19, 2010
AURELIO SOLORIO-MORALES,         )   TIME: 10:00 a.m.
                                 )   JUDGE: Hon. Edward J. Garcia
            Defendant.           )
                                 )
_____  )

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, AURELIO SOLORIO-MORALES, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 22, 2010, be continued to Friday, November 19, 2010, at 10:00 a.m.

   Defense counsel has obtained the assistance of an expert in immigration law to evaluate circumstances surrounding the order of removal at issue in the present case.  The reason for this continuance is to allow the immigration expert and defense counsel time to review

discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 19, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 18, 2010    Respectfully submitted,

                           DANIEL J. BRODERICK
                           Federal Defender

                           /S/ Benjamin Galloway
                           BENJAMIN GALLOWAY
                           Assistant Federal Defender
                           Attorney for Defendant
                           AURELIO SOLORIO-MORALES


DATED: October 18, 2010    BENJAMIN B. WAGNER
                           United States Attorney

                           /s/ Benjamin Galloway for
                           MICHELE BECKWITH
                           Assistant U.S. Attorney
                           Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 19, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: October 20, 2010.              /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      United States District Judge

**2**