DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
AURELIO SOLORIO-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 10-330-EJG |
| Plaintiff,    ) | **STIPULATION AND ORDER** |
| v.        ) | DATE: December 10, 2010 |
| AURELIO SOLORIO-MORALES,  ) | TIME: 10:00 a.m. |
| Defendant.   ) | JUDGE: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, AURELIO SOLORIO-MORALES, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, November 19, 2010, be continued to Friday, December 10, 2010, at 10:00 a.m..

   Defense counsel continues work with an expert in immigration law to evaluate circumstances surrounding the order of removal at issue in the present case.  The reason for this continuance is to allow the immigration expert and defense counsel time to obtain and review

relevant immigration documents, to examine possible defenses, and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 10, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 16, 2010           Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /S/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   AURELIO SOLORIO-MORALES


DATED: November 16, 2010           BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Benjamin Galloway for
                                   MICHELE BECKWITH
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 10, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: November 16, 2010.          /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   United States District Judge